# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128452 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL A. LEWANDOWSKI,
        Defendant-Appellant.

SC: 128452
COA: 259102
Oakland CC: 03-190552-FH

_____/

On order of the Court, the application for leave to appeal the February 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of appellate counsel in this Court is also considered, and it is DENIED because defendant is not entitled to appointed counsel in a second-tier appeal. *Ross v Moffitt*, 417 US 600, 610-612, 615-618; 94 S Ct 2437, 2443-2444, 2446-2447; 41 L Ed 2d 341, 354-357 (1974); *Halbert v Michigan*, 545 US __ ; 125 S Ct 2582, 2587-2588, 2590 & n 2, 2592; 162 L Ed 2d 552, 560-562, 564 & n 2, 565-566 (2005).

CAVANAGH and KELLY, JJ., would deny leave to appeal without the further statement found in the majority's order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

s1012